UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ASHLIE HAMEL,**

      Plaintiff,

vs.

**PERFORMANT RECOVERY, INC., fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive,**

      Defendant.
_____/

**Case No.:** 1:13-cv-00844-RJJ

**NOTICE OF SETTLEMENT**

## NOTICE OF SETTLEMENT

Plaintiff, ASHLIE HAMEL, by and through her counsel, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC.. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

RESPECTFULLY SUBMITTED,

Dated: June 20, 2014      By:   */s/ Michael Agruss*   .
                                        Michael S. Agruss
                                        Agruss Law Firm, LLC
                                        22 W. Washington St., Suite 1500
                                        Chicago, IL 60602
                                        Tel: 312-224-4695
                                        Fax: 312-253-4451
                                        Email: michael@agrusslawfirm.com
                                        *Counsel for Plaintiff,*
                                        *Ashlie Hamel*