# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **ASHLIE HAMEL,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC., fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive,**<br><br>　　　　Defendants. | **Civil Action No.:**<br>　1:13-cv-00844-RJJ<br><br>**Judge:** Honorable Robert J. Jonker<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, ASHLIE HAMEL, against Defendants, PERFORMANT RECOVERY, INC., fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff, ASHLIE HAMEL, and Defendant, PERFORMANT RECOVERY, INC., shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 29, 2014

　　　　　　　　　　　　　　　　　/s/ Robert J. Jonker
　　　　　　　　　　　　　　　　District Court Judge
　　　　　　　　　　　　　　　　Western District of Michigan

3